IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

SUSAN C. WILLARD, D.O.,

    Plaintiff,

v.

AHS OKLAHOMA PHYSICIAN GROUP, LLC d/b/a UTICA PARK CLINIC,

    Defendants.

Case No. 16-CV-677-GKF-JFJ

## JUDGMENT

The above-referenced case came on for jury trial from February 20, 2018, through February 26, 2018.

The issues having been duly tried and the jury having duly rendered its verdict, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

The plaintiff, Susan C. Willard, recover from the defendant, AHS Oklahoma Physician Group, LLC d/b/a Utica Park Clinic, back pay in the amount of $554,483.42 and liquidated damages in the amount of $554,483.42, plus post-judgment interest at the annual rate of 2.18% accruing from the date of this judgment until paid in full.[1]

ENTERED at Tulsa, Oklahoma, this 25th day of April, 2018.

*[signature]*
GREGORY K. FRIZZELL, CHIEF JUDGE

---

[1] "[P]rejudgment interest is not available under the ADEA if plaintiffs receive liquidated damages." *Greene v. Safeway Stores, Inc.*, 210 F.3d 1237, 1247 (10th Cir. 2000).